IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| JIMENEZ, CORINA BORUNDA | ) | CASE NO. 15-07261-PHX-MCW |
| | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $3,217.92 to the Clerk of the

Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____          _____
DATE                                                                 JUDGE MADELEINE C. WANSLEE
                                                                              UNITED STATES BANKRUPTCY JUDGE