CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| JIMENEZ, CORINA BORUNDA | ) | Case No. 15-07261-PHX-MCW |
| | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

CONSTANTINO FLORES, Trustee of the above-captioned estate, filed an Application for Order for Payment of Unclaimed Funds to the U.S. Bankruptcy Court, in the amount of $3,217.92. The Trustee has since located the Debtor and will provide the funds to her immediately, since these funds represent the Debtor's pro rata share of the 2015 tax refunds. Thus, the Trustee hereby withdraws the Application for Order for Payment of Unclaimed Funds to the U.S. Bankruptcy Court as described above.

*May 15, 2017*          */s/ Constantino Flores*
Date                    Constantino Flores, Trustee